**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re                                                                                       Case No. 3:15-bk-3394-PMG

PAMIE JEAN TAYLOR,

       Debtor.
_____/

**REPORT OF MEDIATOR**

In accordance with this Court's Order of October 13, 2015, the mediator, Jerrett M. McConnell, hereby reports the results of the mortgage modification mediation between the Debtor and Select Portfolio Servicing, Inc.

An agreement was reached prior to conducting the mediation conference.

Dated this 1st day of April, 2016.            */s/ Jerrett M. McConnell*
                                                                                        _____
                                                                                      JERRETT M. McCONNELL
                                                                                      Florida Bar #0244960
                                                                                      98 Glenalby Place
                                                                                      Ponte Vedra, FL  32081
                                                                                      Phone (904) 824-2222
                                                                                      jmcconnell@mcconnelllawgroup.com